# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THOMAS VAIL,

    Petitioner,

vs.

THE STATE OF NEVADA,

    Respondent.

Case No. 2:15-cv-01093-JAD-VCF

**ORDER**

    Petitioner having submitted a request for extension (#4), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's request for extension (#4) is **GRANTED**. Petitioner shall have through Wednesday, August 19, 2015, to pay the filing fee and to file a petition for a writ of habeas corpus, as required in this court's order of June 19, 2015 (#3).

    Dated: July 20, 2015.

                                                                     _____
                                                                       JENNIFER A. DORSEY
                                                                       United States District Judge