# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THOMAS VAIL,

     Petitioner,

vs.

THE STATE OF NEVADA,

     Respondent.

Case No. 2:15-cv-01093-JAD-VCF

**ORDER**

     Petitioner has submitted a motion for additional extension (#7).  The court grants the motion, but the court reminds petitioner that he, and he alone, is responsible for calculating the timeliness of the petition under 28 U.S.C. § 2244(d)(1).

     IT IS THEREFORE ORDERED that petitioner's motion for additional extension (#7) is **GRANTED**.  Petitioner will have through Friday, September 18, 2015, to file a petition for a writ of habeas corpus, as required in this court's order of June 19, 2015 (#3).

     DATED: August 25, 2015.

JENNIFER A. DORSEY
United States District Judge