# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Thomas Vail,

    Petitioner

v.

Brian Williams, et al.,

    Respondents

2:15-cv-01093-JAD-VCF

**Order Dismissing Amended Petition, Denying Certificate of Appealability, and Closing Case**

    Thomas Vail brings this § 2254 petition to challenge his state-court restitution order.[1] In his amended petition, Vail asserts two grounds for relief: (1) a claim that the prosecution failed to follow state-law guidelines for imposing a restitution order and (2) an ineffective-assistance-of-counsel claim for failure to research restitution figures. Success on either of these grounds would affect only the restitution order, not Vail's physical liberty, so I lack jurisdiction to entertain them because "[28 U.S.C.] § 2254(a) does not confer jurisdiction over a state prisoner's in-custody challenge to a restitution order imposed as part of a criminal sentence."[2] And because reasonable jurists would not find my conclusion that I lack jurisdiction over Vail's claims debatable or wrong, I decline to issue a certificate of appealability.

## Conclusion

    Accordingly, IT IS HEREBY ORDERED that **this action is DISMISSED for lack of jurisdiction and a certificate of appealability is denied**. The Clerk of Court is instructed to enter judgment accordingly and CLOSE THIS CASE.

---

[1] ECF 14.

[2] *Bailey v. Hill,* 599 F.3d 976, 982 (9th Cir. 2010).

IT IS FURTHER ORDERED that the Clerk of Court is instructed to add Adam Paul Laxalt, Attorney General for the State of Nevada, as counsel for respondents. The Clerk of Court is directed to serve respondents with a copy of the amended petition [ECF 14] and a copy of this order. No response by respondents is necessary.

Dated this 20th day of April, 2016.

_____
Jennifer A. Dorsey
United States District Judge